IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROL ROSE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-4029 |
| | § | **JURY** |
| KRYSTINA URICK AND | § | |
| TARGET CORPORATION | § | |
| | § | |
| Defendants. | § | |

### **DEFENDANTS' NOTICE OF SERVING INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants, Target Corporation and Krystina Urick, and notifies the Court that on this the 25th day of February 2022, the following was submitted to all counsel of record, pursuant to the FEDERAL RULES OF CIVIL PROCEDURE and Local Rules of the Southern District of Texas:

1. Defendants' Initial Disclosures.

Respectfully submitted,

By: */s/ Valerie Ly* (with permission)
Troy A. Williams
State Bar No. 00788678
Federal I.D. No. 19043
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: twilliams@germer.com

**LEAD ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

**GERMER PLLC**
Valerie L. Ly
State Bar No. 24053692
Federal I.D. No. 2387134
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: vly@germer.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on February 25, 2022 to all counsel of record, as follows:

M. Andrew Seerden
The Seerden Law Firm
603 W. 11th St., Suite 200
Houston, Texas  77008
*Attorney for Plaintiff*

                                           */s/ Valerie Ly*_____
                                           Valerie Ly